Judge Hellerstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA : INFORMATION

      -v.- : 10 Cr.

DAVE BALGOBIN, : **10 CRIM 115**

      Defendant. :

- - - - - - - - - - - - - - - - - - - - - - x

## COUNT ONE

### (Felony Conflict of Interest)

The United States Attorney charges:

From at least in or about 2005 through in or about 2009, in the Southern District of New York and elsewhere, DAVE BALGOBIN, the defendant, unlawfully, wilfully, and knowingly, being an officer and employee of the executive branch of the United States Government, did participate personally and substantially as a Government officer and employee, through decision, approval, disapproval, recommendation, the rendering of advice, investigation, and otherwise, in a judicial and other proceeding, application, request for a ruling and other determination, contract, claim, controversy, charge, accusation, arrest, and other particular matter in which, to his knowledge, he had a financial interest, to wit, BALGOBIN used his position as a Mission Support Specialist with Immigration and Customs Enforcement in New York, New York to procure contracts worth

hundreds of thousands of dollars for multiple businesses in which BALGOBIN had a direct undisclosed financial interest.

(Title 18, United States Code, Sections 208 and 2.)

*Preet Bharara*
PREET BHARARA
United States Attorney for the
Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DAVE BALGOBIN,

Defendant.

**INFORMATION**
10 Cr.

(Title 18, United States Code, Section 208.)

<u>PREET BHARARA</u>
United States Attorney.

\* Filed Waiver of Indictment + Information.
2/16/09 Deft. pres. with attorney Mr. McKay. A.U.S.A. Mr. Bosworth pres. Deft. arraigned + plead Not Guilty. Time between 2/16/10 + 2/16/10 is excluded on Consent.

Fox
U.S.M.J